

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2019

No. 04-19-00248-CR

Michael Cesar **FERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13555
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

The State's brief was due September 20, 2019. Neither the brief nor a motion for an extension of time to file the brief has been filed. We **order** the brief due **October 7, 2019**. If the brief is not filed by the date ordered, the appeal may be set for submission without a State's brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk